# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

**MATTHEW GREEN,** *Individually and on behalf of all others similarly situated*,

    **Plaintiff,**

**v.**

**FLOWERS FOODS, INC., and FLOWERS BAKING CO. OF BIRMINGHAM, LLC,**

    **Defendants.**

_____/

**Case Number:
5:17-cv-00784-MHH**

**GERALD HALL, JAMES D. HOUSE & JOHN K. RAY,** *Individually and on behalf of all others similarly situated*,

    **Plaintiffs,**

**v.**

**FLOWERS FOODS, INC., and FLOWERS BAKING CO. OF GADSDEN, LLC,**

    **Defendants.**

_____/

**Case Number:
1:17-cv-00932-MHH**

## **ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the parties' Stipulation of Dismissal, Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Order Granting Joint Motion for Approval of FLSA Settlement and Certification under 29 U.S.C. § 216(b) for Settlement Purposes, entered in *Matthew Green et al. v. Flowers Foods, Inc. et al.*, No. 1:19-cv-01021-STA-egb, in the United States District Court for the Western District of Tennessee, all claims by plaintiffs and opt-in plaintiffs against Defendants are **DISMISSED WITH PREJUDICE.** The Court asks the Clerk to please close the file.

**DONE** and **ORDERED** this March 11, 2019.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE